UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>ANTHONY BLANKENSHIP,<br><br>              Defendant. | PO-17-5014-GF-JTJ<br>Ticket Number: 6429427<br>Location Code: M12<br>Disposition Code: TE<br><br>JUDGMENT IN A CRIMINAL CASE |

      Defendant, Anthony Blankenship, was present in court was found guilty following a bench trial to the charge of FAILURE TO STOP AT STOP SIGN.

      The court imposes the following sentence under the Sentencing Reform Act of 1984:

          1. Defendant must pay a fine in the amount of $50.00 plus $30.00 Special Assessment for FAILURE TO STOP AT STOP SIGN for a total of $80.00. The fine has been paid in full, receipt number MTX400011303.

      Under 18 U.S.C. §§ 3402 & 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the judgment of conviction and sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, serving a copy of the statement upon the United States Attorney (personally or by

mail), and filing a copy with Magistrate Judge Johnston. If Defendant appeals, he will be required to pay a $38 fee under 28 U.S.C. §1914, Fee Schedule, subsection (10), at the time of filing his appeal. He also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape, or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(C).

Date of Imposition of Judgment: April 20, 2017.

May 3, 2017

John Johnston
United States Magistrate Judge